IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**KENNEDY M. RUSSELL,**

**Defendant.** No. 10-30196-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge**:

Pending before the Court is Russell's pro se motion to dismiss indictment for failure to charge an offense (Doc. 38). The Court **STRIKES** the motion to dismiss. At this time, defendant is still represented by Assistant Federal Public Defender Todd Schultz. *See Johnson v. United States*, 196 F.3d 802, 905 (7th Cir. 1999) ("A district court is entitled to insist that a represented party file papers only though counsel."). The Court does not allow hybrid representation. The Court **DIRECTS** the Clerk of the Court to accept only pleadings that are filed by defendant's attorney on behalf of Russell.

**IT IS SO ORDERED.**

Signed this 14th day of July, 2011.

Digitally signed by
David R. Herndon
Date: 2011.07.14
09:50:39 -05'00'

**Chief Judge
United States District Court**